**Order entered October 3, 2014**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-14-00283-CR

**SHARON DENISE JACKSON, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the Criminal District Court No. 5
Dallas County, Texas
Trial Court Cause No. F11-63186-L**

## ORDER

The Court **REINSTATES** the appeal.

On August 5, 2014, we ordered the trial court to make findings regarding why appellant's brief had not been filed. On October 1, 2014, we received appellant's brief, together with an extension motion. Therefore, in the interest of expediting the appeal, we **VACATE** the August 5, 2014 order requiring findings.

We **GRANT** the October 1, 2014 extension motion and **ORDER** appellant's brief filed as of the date of this order.

On March 7, 2014, court reporter Victoria Franklin filed a letter stating that appellant's counsel had waived the recording of the plea proceedings held on January 10, 2014 and therefore, no record would be filed. Appellant's brief, however, cites to a reporter's record of a

hearing on the motion to dismiss for speedy trial violation. The trial court's docket sheet reflects that the hearing was conducted on November 8, 2013.

Accordingly, the Court **ORDERS** Victoria Franklin, official court reporter of the Criminal District Court No. 5, to file the reporter's record of the November 8, 2013 hearing within **FIFTEEN DAYS** of the date of this order.

We **DIRECT** the Clerk to send copies of this order, by electronic transmission, to Victoria Franklin, official court reporter, Criminal District Court No. 5, and to counsel for all parties.

/s/    ADA BROWN
        JUSTICE